IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EVERY DONELLE RICHARDSON
ADC # 139311                                                    PLAINTIFF

v.                          No. 5:12-cv-96-DPM

AMANDA PEVEY, Nurse, Varner
Unit, ADC; RAYMOND NAYLOR,
Disciplinary Hearing Administrator,
ADC; and MINNIE L. DRAYER,
Disciplinary Hearing Officer, ADC                               DEFENDANTS

JUDGMENT

Richardson's complaint, *Document No. 2*, is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 April 2012